AO 245H  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| MCLAUGHLIN, THOMAS W | |
| 1062 TREMONT DR | Case No.   PE54   3885053 |
| | USM No.   16-M-105 |
| GLENOLDEN, PA 19036 | Michael J. Hawley, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:** MCLAUGHLIN, THOMAS W

☐ **THE DEFENDANT** pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR§2.34(a)(4) | Disorderly Conduct | 1/28/2016 | 1 |

FILED
JAN 2 8 2016
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $100.00 | $ 0.00 | $ 75.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  XXXX

Defendant's Year of Birth: XXXX

City and State of Defendant's Residence:
GLENOLDEN, PA

1/28/2016
Date of Imposition of Judgment

Signature of Judge

JACOB P. HART, MJ
Name and Title of Judge

1/28/2016
Date